WILLIAM R. WELLING, *Appellant, v.* GILBERT D. RYERSON, *Respondent.* — Order directing subrogation affirmed, with costs and disbursements.   Opinion by DYKMAN, J.

GILBERT D. RYERSON, *Respondent, v.* WILLIAM R. WELLING, *Appellant.* — Judgment affirmed, with costs.   Opinion by DYKMAN, J.

CHARLES R. CRISFIELD, *Respondent, v.* MARY BANKS, *Appellant.* — Judgment affirmed, with costs.   Opinions by GILBERT and DYKMAN, JJ.

OSCAR F. ARCHER, *Respondent, v.* THOMAS W. RADFORD, *Appellant.* — Order of County Court reversing judgment of City Court of Yonkers affirmed, with costs.  Opinion by BARNARD, P. J.

BENJAMIN B. BUCKHOUT, *Appellant, v.* BRADY SARLES, *Respondent.* — Judgment of County Court affirmed, with costs.   Opinion by BARNARD, P. J.

DAVID S. DUNSCOMB and another, *trustees, etc., v.* THE NEW YORK, HOUSATONIC AND NORTHERN RAILROAD COMPANY.— Order reversed as to that part thereof which grants allowances to counsel, and in other respects affirmed, with costs and disbursements.   Opinion by GILBERT, J.

ABRAM ACKER, *Respondent, v.* THE PRESIDENT, ETC., OF THE VILLAGE OF SING SING, *Appellants.* — Judgment reversed and a new trial granted, costs to abide event; order of reference vacated. Opinion by BARNARD, P. J.

ROBERT BLAKE, *Respondent, v.* HORACE F. FLEWELLIN, *Appellant.*— Orders affirmed, with costs and disbursements.   Opinion by DYKMAN, J.

IN THE MATTER OF THE PETITION OF OTT TO REMOVE WAGNER, *Justice.*— Petition dismissed upon the papers presented.   Opinion by DYKMAN, J.

HENRY PARKER, *Appellant, v.* FREDERICK LANWERSICK and others, *Respondents.* — Order affirmed, with costs and disbursements. Opinion by GILBERT, J.

JOHN MATTHEWS, *Appellant, v.* ZADOCK HUBBELL, *Respondent.* — Judgment affirmed, with costs.   Opinion by DYKMAN, J.

IN THE MATTER OF THE PETITION OF MARGARET ELLIOTT TO REMOVE WILLIAM H. THOMAS FROM OFFICE. — Motion denied with costs.   Opinion by BARNARD, P. J.

CORNELIUS P. HOFFMAN, *Respondent, v.* ELISHA RUCKMAN, *Appellant.* — Order refusing to vacate report of referee affirmed, with costs and disbursements.   Opinion by GILBERT, J.

SARAH I. DICKEY, *as sole Executrix, etc., Respondent, v.* DANIEL COE, *Appellant.*— Order reversed, with costs and disbursements. Opinion by DYKMAN, J.

WILLIAM J. ANDERSON, *Respondent, v.* ROBERT H. BERDELL, *Appellant.*— Order striking out answer and judgment reversed, with ten dollars costs and disbursements.   Opinion by GILBERT, J.